**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| JOSEPH SHARPE, | ) | CASE NO. 1:20-cv-00099-HAB-SLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| C. R. BARD, INC., BARD PERIPHERAL VASCULAR, INC., and DOES 1 THROUGH 10, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY CASE AND CONTINUE HEARING

Plaintiff Joseph Sharpe and Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., notify the Court that they have reached an agreement in principle that will resolve Plaintiff's claims in this lawsuit. The Parties further jointly move the Court to continue all deadlines and to stay this case as the Parties negotiate the operative settlement documents and finalize the settlement. For the reasons discussed below, the Parties request the Court stay this case for 120 days and continue all existing deadlines in it.

### MEMORANDUM OF POINTS AND AUTHORITIES

As previously discussed with the Court in previous filings and the Parties' Joint Motion to Stay for purposes of their settlement negotiations and mediation, this case was settled by Plaintiff's undersigned counsel with approximately 400 remanded plaintiffs from the *In Re: Bard IVC Filters Products Liability Litigation* MDL, MDL 2641, in Phoenix, Arizona, in other courts across the country as well as independently filed cases, such as the Plaintiff's that was filed after the close of the MDL. Plaintiff's counsel through

liaison counsel and Defendants, through their retained settlement counsel, Russell Gaudreau of Greenberg Traurig, have been engaged in focused discussions since approximately April of this year in an attempt to achieve a global settlement of the cases and claims of the plaintiffs represented by Plaintiff's counsel. This included a two-day mediation on August 15 and 16 with mediator Craig Phillips who has successfully mediated the settlement of numerous individual Bard IVC filter cases. Although the parties did not reach an agreement during the formal mediation, they continued to work through Mediator Phillips and reached agreement on a settlement in principle of all the cases, including Plaintiff's case, on September 14, 2020.

The parties are working to finalize settlement documents and Plaintiff will file a dismissal of the Complaint in this action when the settlement is finalized. Given that this settlement is being structured as a global settlement involving hundreds of other cases, the parties expect that it will take at least 90 days, if not more, to memorialize and execute the specific terms of the settlement.

Accordingly, the parties request that the Court enter a stay of this case for 120 days pending Plaintiff's dismissal. If Plaintiff has not filed dismissal papers within 120 days from the stay being granted, the parties request the opportunity to file a joint status report regarding the status of the settlement. The parties have submitted as exhibit A, a proposed form of order.

DATED this 7th day of October, 2020.

**FROST BROWN TODD LLC**

*/s/ Kevin C. Schiferl*
Kevin C. Schiferl
Chelsea Steele Hyslop
FROST BROWN TODD PLLC
201 N. Illinois Street, Ste. 1900
Indianapolis, IN 46204
T. 317.237.3819
F. 317.237.3900
kschiferl@fbtlaw.com
chyslop@fbtlaw.com

*Attorneys for Defendants*

**TAUTFEST BOND, PLLC**

*/s/ Monte Bond*
Monte Bond  (*Pro Hac Vice*)
Jessica Glitz
TAUTFEST BOND, PLLC
5151 Belt Line Rd. Ste. 1000
Dallas, Texas
T.214-617-9980
F. 214-853-4281
mbond@tbtorts.com
jglitz@tbtorts.com

and

**RILEY WILLIAMS & PIATT LLC**

Joseph N. Williams
RILEY WILLIAMS & PIATT LLC
301 Massachusetts Ave., STE 300
Indianapolis, IN 46204
T. 317-633-5270
F. 317-426-3348
jwilliams@rwp-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<i>/s/ Kevin C. Schiferl</i>

0143299.0730944   4821-4960-9166v1